UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT <u>NASHVILLE</u>

**FILED**

FEB - 9 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

<u>TERRENCE M. TAYLOR</u> )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

<u>SGT. John CUNNINGHAM et.A.L.</u> )
_____ )
_____ )
(Enter above the NAME of each
defendant in this action.) )

3:22-mc-6
Crytzer/Poplin

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES (✓) NO ( )

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: <u>TERRENCE MONAREL TAYLOR</u>

Defendants: <u>CCO: COTILLION HOLBROOK E.T.A.L.</u>
<u>Excessive force, Denial medical treatment.</u>

1

2. COURT: (If federal court, name the district; if state court, name the county):

State Court, District of Tenn Knoxville, TN.

3. DOCKET NUMBER: 3:20-CV-171-RLJ-HBG

4. Name of Judge to whom case was assigned: R. Leon Jordan

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) Dismissed

6. Approximate date of filing lawsuit: 4/30/20

7. Approximate date of disposition: 4/28/21

II. PLACE OF PRESENT CONFINEMENT: N/A

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

   1. What steps did you take? Level-One

   2. What was the result? He Been Remove from out of Building-One, And Demoted.

D. If your answer to B is NO, explain why not.

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

   1. What steps did you take? I took it all the way up to the Chain of Command

2

2. What was the result? _NOTHING._

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: _Terrence Montrel Taylor_

Present address: _7475 RiverBend Maximum Security Housing 1-D-112_

Permanent home address: _7475 Cockrill Bend Blvd, Nashville, TN 37209_

Address of nearest relative: _N/A_

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: _SGT. John Cunningham et. al._

Official position: _C/O Now, In Court Room_

Place of employment: _RiverBend Maximum Security Institution_

C. Additional defendants: _N/A_

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

_On December the 27th 2021. Approx At 2:35 p.m. And December the 28th 2021. Approx At 10: A.M._

3

And December the 29th, 2021. Approx At 2:P.M. SGT: John Cunningham E.T.A.L Denied me medical Attention, ≅ Mental Health treatment ≅ Mainteance. From December the 4th, 2021. Approx 5:A.M. I F/m T. Taylor #00425107 inform SGT: John Cunningham E.T.A.L. I need Mainteance for my cell, the Shower Drain is Step up ≅ over flowing my whole cell. He Refuse to Call Mainteance to Fix it, I was left inside my cell from Dec, 4th 2021. Til Dec, 28th 2021. With unclean, unHealth, Dirty water Everywhere. On Dec, 27th 2021. Approx At 2:35p.m. I went on food Strike ≅ Requested to see mental Health, he Refuse ≅ Denied me medical Treatment. On Dec, 28th 2021. Approx At 10:A.M. He packed All of my property ≅ Remove me to B-pod 209cell. Left All of my property outside of my cell ≅ left me without Any matt, Sheets or Blanket. I was left to freeze in A cell without Any matt ≅ property. Without Any Nurses Assistance. Still on food strik

4

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I am Respectfully Requesting for all of the pain and suffering I have been through, mentally, and physical, for my whole criminal court fee to be paid off, as well as any charges of my filing fee. With "TEN THOUSAND DOLLARS".

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _Terrence Taylor_ day of _Feb, 06,_ , 20_22_.

_Terrence Taylor_
Signature of plaintiff(s)

5

Terrence Taylor # 425107
R.M.S.I  1-D-112
7475 Cockrill Bend Blvd
Nashville, TN 37209





((LEGAL MAIL))

U.S. District Court
Clerk of the Court
Debra C. Poplin
800 Market St. Ste. 130
Knoxville, TN 37902-2303

RECEIVED
FEB 09 2022
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

37902-232799