IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRENCE MONTREL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:22-cv-00296 |
| ) | Judge Trauger |
| JOHN CUNNINGHAM, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On February 7, 2024, the Magistrate Judge issued a Report and Recommendation (Doc No. 86), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that defendant John Cunningham's Motion for Summary Judgment (Doc. No. 65) is GRANTED, and summary judgment is entered in his favor. It is further ORDERED that all pending motions (Doc. Nos. 75, 84, 87) are DENIED AS MOOT.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge