# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Terrence Montrel Taylor

    Plaintiff,

v.      Case No.: 3:22−cv−00296

John Cunningham, et al.

    Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/23/2024 re [88].

Lynda M. Hill
s/ Megan Gregory, Deputy Clerk