IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRENCE MONTREL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:22-cv-00296 |
| ) | Judge Trauger |
| JOHN CUNNINGHAM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On August 22, 2025, the Magistrate Judge issued an Amended Report and Recommendation (Doc No. 113), to which no timely objections have been filed. The Amended Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. The defendant's Motion for Summary Judgment (Doc. No. 65) is GRANTED.

2. The plaintiff's Motion for Enforcement of Summary Judgment in Favor of Plaintiff and for Settlement of Cause (Doc. No. 102) and his Motion in Opposition for Violations of Eight and Fourteenth Amended Rights to the United States Constitution (Doc. No. 110) are DENIED.

3. The plaintiff's Motion for Sanctions (Doc. No. 105) is DENIED.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge